**Electronically Filed**
**Supreme Court**
**SCWC-29923**
**18-MAR-2011**
**01:00 PM**

NO. SCWC-29923

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee

vs.

CORNELIUS WESLEY DURHAM, Petitioner/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CR. NO. 07-1-0220(2))

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on February 2, 2011 by Petitioner/Defendant-Appellant Cornelius Wesley Durham is accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, March 18, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Leslie K. Iczkovitz, on
the application for
petitioner/defendant-
appellant.

---

[1]  Considered by Recktenwald, C.J., Nakayama, Acoba, Duffy, and Circuit Judge Border, assigned due to a vacancy.